AO 247 (Rev. 11/23) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Malik Rashad Kelly | ) Case No: 4:12CR00236-01 |
| | ) |
| | ) USM No: 17765-021 |
| Date of Original Judgment: March 22, 2013 | ) |
| Date of Previous Amended Judgment: N/A | ) Joshua Sabert Lowther |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___106___ months **is reduced to** ___97 months*___.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* The reduced sentence is comprised of a term of 37 months as to Count 1 and 60 months as to Count 2, to be served consecutively, to produce a total term of 97 months.

Except as otherwise provided, all provisions of the judgment dated ___March 22, 2013___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: *Nov. 30, 2023*

*Judge's signature*

Effective Date: ___February 1, 2024___
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*